ALCY CWERDINSKI, Suing on Behalf of Herself and Others, Appellant, *v.* QUINCY BENT et al., Defendants, and EUGENE G. GRACE et al., Respondents.

Argued May 29, 1939; decided November 14, 1939.

*Milton Pollack, Milton I. Milvy* and *William F. Unger* for appellant.

*Frederick H. Wood, William D. Whitney* and *George M. Billings* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS and LOUGHRAN, JJ. Dissenting: FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.